# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

KEVIN ALLEN DAVIS,

    Petitioner,

v.                                                                                        Civ. No. 2:25-cv-02039-MSN-tmp

SHELBY ADULT DETENTION CENTER,

    Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On January 13, 2025, Petitioner Kevin Allen Davis, RNI Number 535148, who is incarcerated at the Shelby County Division of Corrections in Memphis, Tennessee, filed a *pro se* petition pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner neglected to either pay the $5.00 habeas filing fee as required under 28 U.S.C. § 1914(a) or submit a proper *in forma pauperis* affidavit. On February 3, 2025, the Court ordered Petitioner to either pay the $5.00 habeas filing fee or submit a proper *in forma pauperis* affidavit as per 28 U.S.C. § 1914(a). (ECF No. 4.)

On February 4, 2025, the Clerk mailed Petitioner an Application to Proceed Without Prepaying Fees Or Costs (AO 240).

Petitioner has failed to timely comply with the February 3, 2025 order, and the time for compliance has expired. Petitioner has not paid the filing fee or provided the required documents to proceed *in forma pauperis*. The Court warned Petitioner in the February 3, 2025 order that failure to comply with the order in a timely manner would result in the dismissal of his action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 4 at PageID 13.)

The case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**, this 24th day of March, 2025.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE